UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DARROYL LEWIS,

                Petitioner,

                                      Honorable F. Kay Behm

v.

                                        Case No. 26-cv-10974

ADAM DOUGLAS,

                Respondent.

_____/

## <u>ORDER GRANTING MOTIONS TO EXTEND TIME TO CURE FILING DEFICIENCY</u>

Petitioner Charles Darroyl Lewis has filed a habeas petition pursuant to 28 U.S.C. § 2254. On March 26, 2026, Chief Magistrate Judge David R. Grand signed an order of deficiency directing Petitioner to submit either the $5.00 filing fee or an application to proceed in forma pauperis. (ECF No. 4.) Shortly after, Petitioner filed a motion for order to show cause hearing, requesting an extension of time to make the necessary corrections. (ECF No. 5.) He then filed a second motion renewing that request. (ECF No. 6.) The Court now **GRANTS** the motions extension of time. Petitioner has 30 days from the date of this Order to pay the $5.00 filing fee or to submit an application to proceed in forma pauperis.  Failure to comply with this Order may result in the dismissal of Petitioner's habeas case without prejudice.

**IT IS SO ORDERED.**

Dated:  April 28, 2026                              s/F. Kay Behm
                                                                F. Kay Behm
                                                                United States District Judge