UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES DARROYL LEWIS,

        Petitioner,

v.                                Case No. 4:26-cv-10974
                                Honorable F. Kay Behm

ADAM DOUGLAS,

        Respondent.

_____/

## **JUDGMENT**

    **IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order

dated July 6, 2026, this cause of action is **DISMISSED WITH PREJUDICE**.

    **SO ORDERED**.


Dated: July 6, 2026               s/F. Kay Behm
                                F. Kay Behm
                                United States District Judge